# Fax

| | |
|---|---|
| **Name:** | DOTTIE ABELL |
| **Fax:** | (202) 502-1899 |
| **From:** | JUDGE DAVID A. KATZ |
| **Date:** | September 7, 2004 |
| **Subject:** | 2003 Financial Disclosure Report |
| **Pages:** | 2 |

Judge Lisi:

Please consider the attached letter as my response to your letter of August 5, 2004 to amend my 2003 Financial Di███████████████

From the desk of...
Judge David A. Katz
United States District Court
Toledo, Ohio

 **UBS** Global Asset Management

UBS Global Asset Management (US) Inc.
51 West 52nd Street
New York, NY 10019
Tel. +1-212-882 5000

Joseph M. McGill
Executive Director
Chief Compliance Officer
Tel. +212-882-5367
Fax +212-882-5472
joseph.mcgill@ubs.com

September 1, 2004

Judge Mary M. Lisi
Chair, Judicial Conference
of the United States Committee
on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

This is in response to your request to Judge David A. Katz on August 5, 2004, concerning Judge Katz's UBS PACE Select Program Account.

Please be advised that the PACE Select program, in which Judge Katz has invested, is a mutual fund "wrap" program. As such, Judge Katz owns an undivided interest in certain UBS registered mutual funds that are subject to the full regulatory requirements under the Investment Company Act of 1940.

After determining a proper asset allocation mix for Judge Katz, he and his Financial Adviser, ████████, select the appropriate UBS registered mutual funds. From time to time, the asset allocation mix will be rebalanced, when necessary.

Should you need additional information, please do not hesitate to contact me at ████████

Very truly yours,

Joseph M. McGill
Executive Director
Chief Compliance Officer

cc: Judge David A. Katz ✓

UBS Global Asset Management (US) Inc. is a subsidiary of UBS AG



David A. Katz
Judge

(419) 259-7488
Fax (419) 259-3744

June 2, 2004

FINANCIAL DISCLOSURE OFFICE JUN 21 11 18 AM '04

Committee on Financial Disclosure
Attention: Judge Mary M. Lisi, Chair
One Columbus Circle, NE
Washington, D.C. 20544

Re: Your Letter of May 18, 2004 - Calendar Year 2003 Filing

Dear Judge Lisi:

I have received your letter of May 18, 2004 and appreciate the advise given on page one. With respect to each of your numbered paragraphs I will respond in order:

1. The "Bench/Bar Conference" was a joint conference of the Northern and Southern Districts of Ohio. The reimbursement was through the United States District Court for the Northern District of Ohio.

2. With respect to Prod. Assoc. Ltd. Partnership there was no income for the reportable period, and the amount for which it was sold was $10,500 which means that Column D(3) should be "J" and Column 4 should be "D". With respect to Microsoft Column B(2) should be "NONE"

3. Column B (1) should be left blank and the word "NONE" should appear in Column B(2).

4. Column C(1) should be "O" and Column C(2) should be "T".

5 and 6. These managed accounts were through the Fifth Third Bank, Trustee of my former 401(k) plan which I have referred to at Line 3 of the same area, Part VII. The Plan was disclosed when I first came on the bench in 1994. Subsequently, I was advised that the investments made in these accounts through the Trustee and over which I had absolutely no control need not be individually reported. I have followed that process and intend to continue to do so. In early 2003 those accounts were converted to the UBS Pace Account reflected at Line 25, as to which the value code is incorrect. The value code should have been O. That account is of the type reflected on the enclosed materials from UBS Brokerage Firm. The only power which I have is to designate the breakdown or allocation between stocks and fixed income, presently at 70% and 30%, respectively. I have no power to direct anything else and certainly no ability to direct that the account invest in any particular stocks, bonds or notes, hold the same or sell any of the same. Therefore, I do not believe it is necessary that I attempt to laboriously outline the transactions which, as basically a mini-mutual fund occur on an almost daily basis (I would presume). I have enclosed my April 2004 statement which does not advise me of individual stocks held. Please advise.

I hope that this responds appropria

DAK/cg




# Retirement Account

**Account Number:**

**Account Type:** Profit Sharing Plan

DAVID KATZ

## *April 2004*

## This month at a glance

| | | |
|---|---|---|
| Value on March 31 | $ | 627,145.51 |
| Value on April 30 | $ | 608,203.26 |

## Earnings summary

Earnings are for the current calendar year. All prior year entries are summarized separately. This information should not be used for tax purposes. Refer to the disclosure on the back of the first page.

| | Current period | | Year-to-date |
|---|---|---|---|
| Dividends | $ | 216.73 | $ | 1,373.51 |
| Net security earnings | $ | 216.73 | $ | 1,373.51 |

## Asset summary

Refer to the disclosure on the back of the first page for information on assets excluded from this summary.

| | % of portfolio | Value |
|---|---|---|
| Mutual funds | 100.00 | 608,203.26 |
| Value on April 30 | $ | 608,203.26 |

## Investment objectives

The following return objective and risk profile(s) describe overall goals for this account. For each account held, you choose one return objective, one primary risk profile, and, if applicable, a secondary risk profile. For accounts holding an investment in the PACE Program, the primary objective and risk profile summary indicated on your PACE Investor Profile Questionnaire are also displayed below. If you have questions regarding these objectives, disagree with or wish to change them, please notify your Financial Advisor or Branch Manager at your branch office, in writing or by telephone.

**Overall account**
Return objective:  Current income & capital appreciation
Risk profile:        Primary: Moderate          Secondary: None selected

**PACE Investments**
Return objective:  Capital appreciation
Risk profile:        Aggressive

Duplicate statement for the account of


**Account Instructions**
Statement copies are sent to 1 interested party.

**Bulletin Board**
ASK YOUR FINANCIAL ADVISOR ABOUT ENROLLING IN ONLINE SERVICES. ITS NEWEST FEATURE, THE PAPERLESS DELIVERY SERVICE, CAN HELP REDUCE THE AMOUNT OF PAPER MAIL YOU RECEIVE.
VISIT OUR WEB SITE AT WWW.UBS.COM.


## Activity highlights

| | Current period | Year-to-date |
|---|---|---|
| Deposits | $ .00 | $ 15.88 |
| Professional management fees and related services | -1,438.75 | -2,865.39 |
| Net change from activity listed above | $ -1,438.75 | $ -2,849.51 |

## Portfolio summary

| | Current period | Year-to-date |
|---|---|---|
| Opening value | $ 627,145.51 | $ 611,366.98 |
| Net change from Activity Highlights | -1,438.75 | -2,849.51 |
| Net security earnings | 216.73 | 1,373.51 |
| Change in value of investments | -17,720.23 | -1,687.72 |
| Value on April 30 | $ 608,203.26 | $ 608,203.26 |

## Asset portfolio

When available, prices, income and current values may be approximate and thus gains/losses may not be accurately reflected. An asterisk (*) indicates the calculation of unrealized gains/losses based upon a UBS Financial Services adjustment to cost basis. The number "1" indicates cost basis information has been provided by a source other than UBS Financial Services. See the back of the first page for additional information. Gains/losses are not calculated for zero coupon investments. "Pending adjustment" or "P/A" indicates cost basis has not yet been allocated as a result of a spin-off or taxable exchange. $ indicates the rating for this stock may have been placed Under Review by the analyst, may be subject to a Rating/Return divergence or may have an exception to the core rating bands. ± indicates recommendation and price target information temporarily suspended pending review. For further information please refer to the "Research Rating Exceptions" daily report or contact your Financial Advisor.

## Money funds and other sweep options

| Description | Opening balance | Closing balance | Closing share price | Average rate | Dividend/ Interest period | Days in period |
|---|---|---|---|---|---|---|
| UBS RET MONEY FUND | 15.88 | .00 | 1.00 | 0.28% | 03/25 - 04/25 | 32 |
| Total | $ 15.88 | $ .00 | | | | |






# Retirement Account

## Monthly activity

### Cash flow

| Date | Activity | Description | | Amount |
|------|----------|-------------|---|--------|
| 03/31 | | Balance forward | $ | .00 |
| 04/16 | DIVIDEND | UBS PACE MONEY MARKET INVESTMENT FUND CLASS P AS OF 04/15/04 | | 10.50 |
| 04/23 | FEE CHARGED | PACE Quarterly Fee | | -1,559.28 |
| | | Market Value  $627,130 | | |
| | | Billing Days  91/366 | | |
| | | Annual Fee Percentage  1.00 | | |
| 04/23 | FEE ADJUSTMENT | PACE Management Fee Rebate Period: 01/01/04 - 03/31/04 | | 120.51 |

| Date | Activity | Description | | Amount |
|------|----------|-------------|---|--------|
| 04/29 | DIVIDEND | UBS PACE INTERMEDIATE FIXED INCOME INVESTMENT FUND CLASS P AS OF 04/23/04 | | 206.23 |
| | | Proceeds from security transactions | $ | 82,422.87 |
| | | Funds used for security transactions | $ | -81,216.73 |
| | | Proceeds from money fund/sweep trans. | $ | .76 |
| | | Funds used for money fund/sweep trans. | $ | -15.88 |
| 04/30 | | Closing balance | $ | |

### Security transactions

Refer to the disclosure on the back of the first page regarding the Price/Value presented for restricted securities.

| Date | Activity | Description | Quantity | Price / Value | | Amount |
|------|----------|-------------|----------|---------------|---|--------|
| 04/05 | SOLD | UBS PACE INTERMEDIATE FIXED INCOME INVESTMENT FUND CLASS P WITHDRAWAL BATCH ████ | -6,923.077 | 11.700 | $ | 81,000.00 |
| 04/05 | BOUGHT | UBS PACE MONEY MARKET INVESTMENT FUND CLASS P CONTRIBUTION BATCH # ████ | 81,000.000 | 1.000 | | 81,000.00 |
| 04/16 | REINVESTMENT | UBS PACE MONEY MARKET INVESTMENT FUND CLASS P DIVIDEND REINVESTED AT 1.00 NAV ON 04/15/04 AS OF 04/15/04 | 10.500 | | | 10.50 |
| 04/27 | SOLD | UBS PACE MONEY MARKET INVESTMENT FUND CLASS P FEE PAYMENT BATCH # ████ | -1,422.870 | 1.000 | | 1,422.87 |
| 04/29 | REINVESTMENT | UBS PACE INTERMEDIATE FIXED INCOME INVESTMENT FUND CLASS P DIVIDEND REINVESTED AT 11.55 NAV ON 04/23/04 AS OF 04/23/04 | 17.855 | | | 206.23 |
| | | Securities purchased | | | $ | 81,216.73 |
| | | Securities sold | | | $ | 82,422.87 |

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Katz, David A | 2. Court or Organization<br><br>U.S.D.C. Northern, Ohio | 3. Date of Report<br><br>4/19/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>210 U.S. Courthouse<br>1716 Spielbusch Ave.<br>Toledo, OH 43624 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice President & Trustee | David S. Stone Foundation |
| 2. Member | Nat'l Council of Ohio State University College of Law |
| 3. Trustee | Mercy Health System - Northern Region |
| 4. Member | Toledo Zoo Foundation Board |
| 5. Member | Advocates for Victims & Justice, Inc., Board |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | 6th Circuit Judicial Conference | Sixth Circuit Judicial Conference April 10 - April 13, 2003 (Transportation, Lodging & meals) |
| 2. | Bench/Bar Conference | Non FJC Educational Seminar October 2 - October 3, 2003 (Transportation, lodging, meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Katz, David A | 4/19/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Prod. Assoc. Ltd. Partnership | | | | | Sell | 7/03 | K | E | |
| 2. Lepercq Corp. Inc. Fund formerly Pacific Plact Ltd. | A | Dividend | K | W | | | | | |
| 3. Profit Sharinig Plan Fifth Third BankTrustee | | None | | | | | | | |
| 4. Microsoft● | | | | | Charity Gift | 10/03 | J | A | |
| 5. Intel ● | A | Dividend | J | T | | | | | |
| 6. Israel Bank (4) | A | Interest | J | T | | | | | |
| 7. Israel Bond (4) | B | Interest | K | T | | | | | |
| 8. Israel Bond (4) | A | Interest | J | T | | | | | |
| 9. Spartan Stores, Inc. | B | Dividend | L | T | | | | | |
| 10. Promissory Note (4) | A | Interest | K | T | | | | | |
| 11. Fifth Third Banksafe (4) | B | Interest | K | T | | | | | |
| 12. Lucent Tech (4) | A | Dividend | J | T | | | | | |
| 13. Ericsson Tel. (4) | A | Dividend | J | T | | | | | |
| 14. Rittenhouse Managed Mac Acct | A | Dividend | N | T | Transferred | 1/03 | M | | To UBS Pace Account |
| 15. Cisco System● | A | None | J | T | | | | | |
| 16. Dell Computer● | | None | J | T | | | | | |
| 17. MCI Worldcom● | | None | J | T | | | | | |
| 18. Group Managed Account | A | Interest | N | T | Transferred | 1/03 | N | | To UBS Pace Account |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, David A | 4/19/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Home Depot | A | Dividend | K | T | | | | | |
| 20. Lucent | A | Dividend | K | T | | | | | |
| 21. Avaya | A | Dividend | J | T | | | | | |
| 22. Avaya (4) | A | Dividend | J | T | | | | | |
| 23. Groupama Mgd Mac Acct | A | Interest | M | T | Transferred | 1/03 | M | | to UBS Pace Accountt |
| 24. JDS Uniphase | A | Dividend | J | T | | | | | |
| 25. UBS Pace Account, | A | Dividend/Int | M | T | Buy | 1/03 | M | | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                    Date _April 19, 2004_

NOTE: A[redacted]LLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJEC[redacted].S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544